

**NUMBER 13-20-00258-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF A. P., H. L., B. L., AND G. Y., CHILDREN

## On Appellant's Second Motion to Extend Time to File Brief.

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Perkes**
**Order Per Curiam**

This is an appeal of a final order terminating parental rights. The notice of appeal was filed on July 6, 2020, and appellant's brief was due August 16, 2020. Appellant J.L. filed a motion for extension of time seeking ten days of additional time to file appellant's brief. We granted the motion and extended the deadline until August 31, 2020. The cause is now before the Court on appellant's second motion for extension of time to file the brief. Appellant represents that there was a delay in obtaining certain record documents and that appellee, the Department of Family and Protective Services, is unopposed to the motion.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals, but include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that appeals in such cases are brought to final disposition within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2(a). Accordingly, it is the policy of this Court to limit extensions of time in such cases absent truly extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

We hereby GRANT appellant's second motion for extension of time and ORDER appellant's brief to be filed on or before 5:00 p.m. on Monday, September 14, 2020. No further motions by appellant for extension of time will be entertained.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the 10th
day of September, 2020.

2